# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 12/18/25     Time: 10:00 a.m.

Defendant: 1) Rashawn Noel          J#: 30574-512     Case #: 25-MJ-4411-LOUIS
AUSA: Brian Dobbins                 Attorney: Andrew Rier/Nicholas Torres for
Violation: Stalking, Possession of a firearm in furtherance of a Violent Crime
Proceeding: Detention Hearing       CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No           Recommended Bond: TEMP-Pretrial Detention
Bond Set at:                        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
NO BRADY ORDGER GIVEN
*PRELIM/ARR set for 12/29/25

*Pretrial Detention hearing held based on risk/danger; S/A Ryan Dreibelbis sworn and testified*

*Defense counsel to submit a written response on 12/19/25 to the Govt's ore tenus motion for pretrial detention; Govt to reply by 12/22/25*

*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:46:54/12:05:45/12:20:15                    Time in Court: 1 hr.